EDITH M. ELLIS ET AL. *v.* WILLIAM R. PURNELL, ET AL.

[No. 55, October Term, 1934.]

*Decided January* 15th, 1935.

The cause was argued before BOND, C.J., URNER, OFFUTT, PARKE, and SLOAN, JJ.

*L. Paul Ewell,* for the appellants.

*Thomas F. Johnson,* with whom were *Edmond H. Johnson* and *William H. Scott* on the brief, for the appellees.

SLOAN, J., delivered the opinion of the court.